UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

AMBRIA TERESE HARRIS,

        Plaintiff,                            Case No.  22-cv-10948

v.                                     Hon. Terrence G. Berg

UNITED OF OMAHA LIFE
INSURANCE COMPANY,

        Defendant.

_____

## ORDER PERMITTING VOLUNTARY DISMISSAL

By his signature below, Plaintiff's counsel advises the Court that Defendant has recently paid the funds sought by Plaintiff in this lawsuit.  Accordingly, Plaintiff asks the Court to enter an order dismissing this lawsuit with prejudice and without costs to either party.  Because no answer or other response has been filed to the Complaint, the Plaintiff is entitled to dismiss this lawsuit. Accordingly,

IT IS HEREBY ORDERED that this lawsuit is dismissed with prejudice and without costs to either side.

                                 /s/Terrence G. Berg_____
                                 Hon. Terrence G. Berg
                                 United States District Judge

Dated: May 31, 2022

Approved as to form

/s/ Andrew J. Broder_____
Andrew J. Broder (P23051)